**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6915**

DAVID ATKINS, JR.,

                    Plaintiff - Appellant,

          v.

KHAIRUL B. EMRAM, Doctor; SAMUEL V. PRUETT, Warden; HARVARD
W. STEPHENS, O.H.S. Medical Director; LINDA SHEAR,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:09-cv-00839-LMB-IDD)

Submitted: November 30, 2010      Decided: December 7, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Atkins, Jr., Appellant Pro Se.   Kathryn Anne Grace,
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, McLean,
Virginia; John Michael Parsons, Assistant Attorney General,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Atkins, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Atkins v. Emram, No. 1:09-cv-00839-LMB-IDD (E.D. Va. June 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED